Brian A. Bender, Esq. (BAB-0218)
Harris Beach PLLC
100 Wall Street
New York, New York 10005
(212) 687-0100

*Attorneys for Defendants*
*LEFRAK ORGANIZATION, INC. and*
*HUDSON TOWERS HOUSING CO., INC.*

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION

21 MC 102 (AKH)

---

UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SANDRA BAGUERO,

Case No.:
07-CV-5275 (AKH)

                                        Plaintiff,

              -against-

BATTERY PARK CITY AUTHORITY, BFP ONE
LIBERTY PLAZA CO., LLC, BLACKMON-
MOORING-STEAMATIC CATASTOPHE, INC.
D/B/A BMS CAT, BROOKFIELD FINANCIAL
PROPERTIES, INC., EMPIRE STATE PROPERTIES,
INC., GENERAL RE SERVICES CORP., HILLMAN
ENVIRONMENTAL GROUP, LLC., HUDSON
TOWERS HOUSING CO., INC., LEFRAK
ORGANIZATION, INC., LIBERTY HOUSE
CONDOMINIUM, LIBERTY TERRACE
CONDOMINIUM, MILFORD MANAGEMENT
CORP., NATIONAL ASSOCIATION OF
SECURITIES DEALERS, INC., NEW LIBERTY
PLAZA LP, NEW YORK CITY ECONOMIC
DEVELOPMENT CORPORATION, NEW YORK
CITY INDUSTRIAL DEVELOPMENT AGENCY,
NEW YORK CITY INDUSTRIAL DEVELOPMENT
CORPORATION, ONE LIBERTY PLAZA,
RICHARD WINNER, THE BOARD OF MANAGERS
OF THE ONE LIBERTY PLAZA CONDOMINIUM
(CONDO #1178), THE ONE LIBERTY PLAZA
CONDOMINIUM (CONDO #1178), VERIZON
COMMUNICATIONS, INC., VERIZON NEW YORK,

**NOTICE OF APPEARANCE**

INC, WFP ONE LIBERTY PLAZA CO., L.P., WFP
ONE LIBERTY PLAZA CO. GP, CORP., and
WORLD FINANCIAL PROPERTIES, L.P.,

Defendants.
_____

**TO:    THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**

**PLEASE TAKE NOTICE**, that defendants, LEFRAK ORGANIZATION, INC. and

HUDSON TOWERS HOUSING CO., INC. hereby appear in the above-entitled action.  The

undersigned have been retained as attorneys for said defendants and demand that all papers in

this action be served upon the undersigned at the office and address stated below.

The undersigned attorney certifies that he is admitted to practice in this Court.

Dated: New York, New York
       September 10, 2007

Yours etc.,

**HARRIS BEACH PLLC**

Brian A. Bender, Esq. (BAB-0218)
HARRIS BEACH PLLC
*Attorney for Defendants*
*LEFRAK ORGANIZATION, INC. and*
*HUDSON TOWERS HOUSING CO., INC.*
100 Wall Street, 23rd Floor
New York, New York 10005
(212) 687-0100

245927.1

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION

21 MC 102 (AKH)

UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANDRA BAGUERO,

                                        Plaintiff,

          -against-

BATTERY PARK CITY AUTHORITY, ET AL.,

                                        Defendants.

Case No.:
07-CV-5275 (AKH)

# NOTICE OF APPEARANCE

**HARRIS BEACH, PLLC**
*Attorneys for Defendants*
***LEFRAK ORGANIZATION, INC. and
HUDSON TOWERS HOUSING CO., INC.***
100 Wall Street, 23rd Floor
New York, New York 10005
(212) 687-0100