UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
IN RE WORLD TRADE CENTER LOWER            21 MC 102 (AKH)
MANHATTAN DISASTER SIRE LITIGATION

-----------------------------------------------------------------x
SANDRA BAQUERO

                              Plaintiff,           Index No.: 07 CV 05275

        -against-                                **NOTICE OF APPEARANCE**

MILFORD MANAGEMENT CORP., *et al.*
                                                       **ELECTRONICALLY**
                             Defendants.          **FILED**
-----------------------------------------------------------------x

To the Clerk of this Court and all parties of records:

Enter my appearance as counsel in this case for:

**MILFORD MANAGEMENT CORP., THE BOARD OF MANAGERS OF LIBERTY HOUSE CONDOMINIUM, I/S/H/A "LIBERTY HOUSE CONDOMINIUM", and THE BOARD OF MANAGERS OF LIBERTY TERRACE CONDOMINIUM, I/S/H/A "LIBERTY TERRACE CONDOMINIUM".**

I certify that I am admitted to practice in this court.


Dated:    New York, New York
          December 10, 2007


                                              LONDON FISCHER LLP

                           By:    _____
                                      Gillian Hines Kost (GK-2880)
                                      59 Maiden Lane
                                      New York, New York 10038
                                      Phone: (212) 972-1000
                                      Fax: (212) 972-1030

*Attorney for Defendants*
**MILFORD MANAGEMENT CORP., THE BOARD OF MANAGERS OF LIBERTY HOUSE CONDOMINIUM, I/S/H/A "LIBERTY HOUSE CONDOMINIUM", and THE BOARD OF MANAGERS OF LIBERTY TERRACE CONDOMINIUM, I/S/H/A "LIBERTY TERRACE CONDOMINIUM".**

K: VGFutterman\WTC-Milstein\Plaintiff\Baguero\Pleadings\Notice of Appearance